7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  David Keith Gabriel and Brandy Marie Gabriel<br>*Debtor* | *Bankruptcy Case No.*<br>14−50182−can7 |
| **Bruce E. Strauss , Trustee**<br>     Plaintiff(s) | *Adversary Case No.*<br>14−05015−can |
| v. | |
| **Bob Fay Rent−To−Own, Inc.**<br>     Defendant(s) | |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Plaintiff Bruce E. Strauss', Motion for Entry of Default Judgment is granted; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a default judgment be entered against Defendant Bob Fays Rent−to−Own, Inc., in the amount of $1,528.51; court costs of $350.00; pre−judgment interest from August 8, 2014, the date of the filing of the complaint with interest continuing to accrue at the rate of ten percent per annum from and after the date of judgment.



Ann Thompson
Court Executive

By: /s/ Debra Lynn Harden
     Deputy Clerk

Date of issuance: 10/15/14

Court to serve